[No. 782-3. Division Three. November 29, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. ROXANN HIVELY, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 4613, Lawrence Leahy, J., entered December 29, 1972. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.

[No. 731-2. Division Two. November 30, 1973.]

ERNEST F. RIPPE *et al., Appellants,* v. RICHARD DORAN, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 44378, Robert D. McMullen, J., entered February 24, 1972. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.

[No. 1415-1. Division Three. December 3, 1973.]

ROBERT WHEELER, *Respondent,* v. J. D. DUTTON, INC., *Respondent,* ELECTRICAL ENTERPRISES, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 43343, Frank E. Baker, J., entered December 20, 1971. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.